

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 12, 2018

**BY ECF AND FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* **v.** *Oladele Lawal*, **17 Cr. 651 (VM)**

Dear Judge Marrero:

    The Government writes, with the consent of the defendant, to request an adjournment of the status conference for Oladele Lawal, which is currently scheduled for Friday, April 13, 2018. The parties are in ongoing discussions about a disposition and expect to conclude those discussions in the next thirty days. Accordingly, the parties request an adjournment of this matter until May 18, 2018, at 10:15 a.m. The Government also requests, pursuant to the Speedy Trial Act, that time be excluded between now and the date of the next conference so that the parties may continue discussing a disposition.

                                                   Respectfully submitted,

                                                   GEOFFREY S. BERMAN
                                                   United States Attorney
                                                    Southern District of New York

                                 By:   /s/ Nicolas Roos
                                          Nicolas Roos
                                          Assistant United States Attorneys
                                          Southern District of New York
                                          (212) 637- 2421

Cc:  Neil Checkman, Esq.